AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means          ☑ Original     ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>UNITED STATES PRIORITY MAIL PARCEL<br>9505 5100 4992 1110 3398 96 | Case No. 21-881<br><br>[UNDER SEAL] |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the   __Western__   District of   __Pennsylvania__
*(identify the person or describe the property to be searched and give its location)*:

Priority Mail parcel bearing USPS tracking number 9505 5100 4992 1110 3398 96 (the Subject Parcel), addressed to "TYLER GARRINGER, 208 HULL RUN RD., WAYNESBURG, PA 15370" with a return address of "AUSTIN GARRINGER, 1081 MCGEE DR, RENO, NV 89523." (photocopy of the parcel is attached to this warrant as "Exhibit 1").

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

controlled substances and other evidence of violations of Title 21, United States Code, Sections 841(a)(1), 843(b), and 846, and Title 18, United States Code, Section 1716.

YOU ARE COMMANDED to execute this warrant on or before   __May 7, 2021__   *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   __Duty Magistrate Judge__  .
*(United States Magistrate Judge)*

☑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☑ for __30__ days *(not to exceed 30)*   ☐ until, the facts justifying the later specific date of _____.

Date Issued:   April 23, 2021                                  _____
                                                                *Judge's signature*

City and state:   Pittsburgh, Pennsylvania                  Hon. Patricia L. Dodge, US Magistrate Judge
                                                                *Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.: 21-881 | Date and time warrant executed: 4/23/21  1:54 PM | Copy of warrant and inventory left with: N/A |
| Inventory made in the presence of : DEA TFO Eric Harpster | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

4.35 kilograms of methamphetamine

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/17/21

*Executing officer's signature*

Adam Gaub  Special Agent
*Printed name and title*







