IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: <br><br> UNITED STATES PRIORITY MAIL PARCEL 9505 5100 4992 1110 3398 96 | Magistrate No. 21-881 |

## MOTION TO UNSEAL SEARCH WARRANT

AND NOW comes the United States of America, by its attorneys, Stephen R. Kaufman, Acting United States Attorney for the Western District of Pennsylvania, and Jonathan D. Lusty, Assistant United States Attorney for said district, and sets forth the following:

On April 23, 2021, a Search Warrant was issued in the above-captioned case.

The Search Warrant, Affidavit and Return were then ordered sealed pending search of the above-captioned UNITED STATES PRIORITY MAIL PARCEL 9505 5100 4992 1110 3398 96.

WHEREFORE, this Honorable Court is respectfully requested to unseal the said Search Warrant, Affidavit and Return, due to the fact that the search has been executed, and there is no further need for the Search Warrant, Affidavit and Return to remain sealed.

Respectfully submitted,

STEPHEN R. KAUFMAN
Acting United States Attorney

By: *s/ Jonathan D. Lusty*
JONATHAN D. LUSTY
Assistant U.S. Attorney
PA ID No. 311180